# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 13, 2023

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC  20001

    Re:  Joseph W. Fischer
          v. United States
          No. 23-5572
          (Your No. 22-3038)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on September 11, 2023 and placed on the docket September 13, 2023 as No. 23-5572.

    Sincerely,

    **Scott S. Harris**, Clerk

    by

    Clayton Higgins
    Case Analyst