# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2024

Clerk
United States Court of Appeals
　for the District of Columbia Circuit
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave., NW, Room 5205
Washington, DC 20001-2866

　　　　Re:　Joseph W. Fischer
　　　　　　v. United States
　　　　　　No. 23-5572 (Your docket No. 22-3038)

Dear Clerk:

　　　　Attached please find a certified copy of the judgment of this Court in the above-entitled case.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　SCOTT S. HARRIS, Clerk

　　　　　　　　　　　　　　　　　　By

　　　　　　　　　　　　　　　　　　*M. Altner*
　　　　　　　　　　　　　　　　　　M. Altner
　　　　　　　　　　　　　　　　　　Assistant Clerk – Judgments

Enc.
cc:　　All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2024

Mr. Frederick William Ulrich, Esq.
Federal Public Defender's Office
100 Chestnut Street
3rd Floor
Harrisburg, PA 17101

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

     Re:   Joseph W. Fischer
             v. United States
             No. 23-5572

Dear Counsel:

     Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the District of Columbia Circuit.

                                    Sincerely,

                                    SCOTT S. HARRIS, Clerk

                                    By

                                    *M. Altner* (signature)
                                    M. Altner
                                    Assistant Clerk – Judgments

cc:  Clerk, D.C. Cir.
       (Your docket No. 22-3038)

# Supreme Court of the United States

No. 23–5572

**JOSEPH W. FISCHER,**

Petitioner

v.

**UNITED STATES**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the District of Columbia Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the District of Columbia Circuit for further proceedings consistent with the opinion of this Court.

June 28, 2024

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States