# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 22-3038**                                                                  **September Term, 2023**

1:21-cr-00053-CJN-1
1:21-cr-00119-CJN-1
1:21-cr-00234-CJN-1

**Filed On:** August 7, 2024

United States of America,

      Appellant

  v.

Joseph W. Fischer,

      Appellee

------------------------------

Consolidated with 22-3039, 22-3041

      **BEFORE:**    Katsas, Walker, and Pan, Circuit Judges

### O R D E R

      In light of the Supreme Court's judgments in <u>Fischer v. United States</u>, No. 23-5572 (July 30, 2024) (Court of Appeals No. 22-3038), <u>Lang v. United States</u>, No. 23-32 (Aug. 5, 2024) (Court of Appeals No. 22-3039), and <u>Miller v. United States</u>, No. 23-94 (Aug. 5, 2024) (Court of Appeals No. 22-3041), which vacated this court's April 7, 2023 judgment and remanded these cases for further consideration in light of <u>Fischer v. United States</u>, 144 S. Ct. 2176 (2024), it is

      **ORDERED**, on the court's own motion, that these cases be remanded to the District Court for further proceedings consistent with the Supreme Court's opinion in <u>Fischer</u>.

      The Clerk is directed to issue the mandate forthwith to the District Court.

**Per Curiam**

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                    BY:   /s/
                            Daniel J. Reidy
                            Deputy Clerk