# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-3038**                                                                  **September Term, 2023**

1:21-cr-00053-CJN-1
1:21-cr-00234-CJN-1
1:21-cr-00119-CJN-1

**Filed On: August 7, 2024** [2068848]

United States of America,

      Appellant

   v.

Joseph W. Fischer,

      Appellee

------------------------------

Consolidated with 22-3039, 22-3041

## M A N D A T E

In accordance with the order of August 7, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Daniel J. Reidy
Deputy Clerk

Link to the order filed August 7, 2024