# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-3038**  **September Term, 2022**

1:21-cr-00234-CJN-1

**Filed On:** May 23, 2023

United States of America,

    Appellant

v.

Joseph W. Fischer,

    Appellee

------------------------------

Consolidated with 22-3039, 22-3041

**BEFORE:** Katsas, Walker and Pan, Circuit Judges

### O R D E R

Upon consideration of appellees' petition for panel rehearing filed on April 25, 2023, and the response thereto, it is

**ORDERED** that the petition be denied.

### Per Curiam

|  |  |
|---|---|
|  | **FOR THE COURT:**<br>Mark J. Langer, Clerk |
| BY: | /s/<br>Daniel J. Reidy<br>Deputy Clerk |