Nos. 22-3038 & 22-3041

# In the United States Court of Appeals for the District of Columbia Circuit

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellant*

v.

JOSEPH FISCHER AND GARRET MILLER,

*Defendants-Appellees*

---

GOVERNMENT'S MOTION TO LATE-FILE ITS OPPOSITION TO APPELLEE'S MOTION STAY THE MANDATE

\*\*\*\*

On May 26, defendant-appellees Joseph Fischer and Garrett Miller (defendants) moved to stay the mandate pending a disposition by the Supreme Court of the United States of their petition for a writ of certiorari. The government's deadline to file a response to that motion under Federal Rule of Appellate Procedure 27(a)(3) was 10 days, which fell on June 5, 2023. Undersigned counsel erroneously calculated the response deadline as today: June 6, 2023. With apologies to the Court and appellees' counsel, the government hereby moves for permission to late-file its opposition to the defendants' motion to stay mandate.

Respectfully submitted,

MATTHEW M. GRAVES
   United States Attorney
   District of Columbia

DENISE CHEUNG
CHRISELLEN R. KOLB
   Assistant U.S. Attorneys

/S/ JAMES I. PEARCE
   Special Assistant U.S. Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 532-4991
   James.Pearce@usdoj.gov

June 6, 2023

## CERTIFICATE OF SERVICE AND COMPLIANCE

In accordance with Fed. R. App. P. 25(d), the undersigned counsel of record certifies that the foregoing motion, which contains 97 words, was this day served upon counsel for appellees, by notice of electronic filing with the District of Columbia Circuit CM/ECF system.

DATED: JUNE 6, 2023

/s/ James I. Pearce
JAMES I. PEARCE
Special Assistant U.S. Attorney,
601 D Street, NW
Washington, DC 20530
(202) 532-4991
James.Pearce@usdoj.gov